United States Courts
Southern District of Texas
ENTERED

APR 2 6 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.                                         CRIMINAL NO: 04 cr 550

EDILBERTO IBARRA

## ORDER

On this day the Court considered Defendant Edilberto Ibarra's Unopposed Motion to Reset the Pretrial Conference From May 6, 2005 to May 5, 2005, and this motion is:

GRANTED

The pretrial conference scheduled for May 6, 2005 is therefore reset to:
May 5, 2005 at 10:00 a.m.

SIGNED on ___April 25 2005___

UNITED STATES DISTRICT JUDGE